# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Wagner Construction, Inc. and HDDS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota State Water Commission, | ) ) | Case No. 1:22-cv-154 |
| Defendant. | ) | |

Before the court is a "Stipulated Motion to Stay Proceedings" filed by the parties on November 23, 2022. (Doc. No. 4). In their motion the parties advise that they have agreed to stay proceedings while they mediate their dispute and request that Defendant's deadline for filing a response to Plaintiffs' Complaint be extended until three weeks after the mediation has concluded.

The court **GRANTS** the parties' motion (Doc. No. 4). This case shall be stayed pending further order of the court. The parties shall file a report with the court on or before February 27, 2023, that advises it on the status of their settlement efforts and how they would otherwise like to proceed.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court