IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Wagner Construction, Inc., and HDDS, LLC, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| North Dakota State Water Commission, | ) ) | Case No. 1:22-cv-154 |
| Defendant. | ) | |

On November 28, 2022, the court issued an order staying this case pending further order and directing the parties to submit a status report by February 27, 2023. (Doc. No. 6).

On February 27, 2023, Defendant filed a status report advising that the parties had recently participated in a mediation but were unable to reach a resolution and proposing to submit its responsive pleading to Plaintiffs' Complaint by March 20, 2023.  (Doc. No. 7).  On March 6, 2023, Plaintiff filed a response, advising that it did not oppose Defendant's proposal. (Doc. No. 9).

Accordingly, the court lifts the stay.  Defendant shall have until March 20, 2023, to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court